AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

JAMES DAVID FLANSBURG,

      Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:10-CV-00106-RCJ-VPC**

JACK PALMER, et al,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that the petition is DISMISSED WITH PREJUDICE. No Certificate of Appealability shall issue.


 October 27, 2010                                    **LANCE S. WILSON**
                                                                     Clerk

                                                         /s/  M. Campbell
                                                          Deputy Clerk